# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff,

v.   Case No.: 3:20-cr-01

Chad Michael Waldoch,

      Defendant.

## ORDER FOR APPOINTMENT OF COUNSEL

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, **Luke Heck** is appointed as counsel to represent the defendant in this matter.

Dated this 14th day of February, 2020.

      */s/ Alice R. Senechal*
      Alice R. Senechal
      United States Magistrate Judge