# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER OF RECUSAL** |
| ) | |
| vs. ) | |
| ) | Case No. 3:20-cr-1 |
| Chad Michael Waldoch, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court